ALLEGAERT BERGER & VOGEL LLP
111 Broadway, 20th Floor
New York, New York 10006
Telephone: (212) 571-0550
Facsimile: (212) 571-0555
Lawrence P. Gottesman
David A. Berger
Richard L. Crisona
David A. Shaiman
Alexander E. Ehrlich

*Counsel to the Foreign Representatives*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re**<br><br>**CULLIGAN LTD.,**[1]<br><br>**Debtor in Foreign Proceedings.** | **Case No. 20-12192(JLG)**<br><br>**Chapter 15** |

**CORPORATE STATEMENT AND LISTS PURSUANT TO FEDERAL RULES OF**
**BANKRUPTCY PROCEDURE 1007(a)(4) AND 7007.1 AND LOCAL RULE 1007-3**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

Michael Morrison and Charles Thresh, in their capacities as the joint liquidators and

authorized foreign representatives (in such capacity the "**Foreign Representatives**") of Culligan,

Ltd., a Bermuda exempted company incorporated under the laws of Bermuda (the "**Debtor**" or

"**Culligan**") that is subject to (i) a court-supervised liquidation proceeding under the Companies Act

1981 (the "**Bermuda Companies Act**") entitled *In the Matter of Culligan Limited (In Members'*

*Voluntary Liquidation and In the Matter of the Companies Act 1981*, pending before the Supreme

Court of Bermuda (the "**Bermuda Court**"), Companies (Winding Up) Commercial Court, 2019: No.

---

[1] Culligan Ltd. is a Bermuda exempted company registered with the Registrar of Companies in Bermuda under registration number 35591.  The Debtor's registered office is located at c/o KPMG Advisory Limited, Crown House, 4 Par-la-Ville Road, Hamilton, Bermuda.

278 (the "**Bermuda Liquidation**"), by and through their undersigned counsel, respectfully submit these lists pursuant to Rules 1007(a)(4) and 7007.1 of the Federal Rules of Bankruptcy Procedure and Rule 1007-3 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the Southern District of New York and states as follows:

1.      After conducting a good-faith inquiry, the Foreign Representatives are aware of the following corporations, other than governmental units, that directly or indirectly own ten percent (10%) or more of any class of the Debtor's equity interests and have not received any notification otherwise that would lead the Foreign Representatives to believe that the same is not true as of the date of this schedule except as specifically described herein:

- Clayton, Dubilier & Rice Fund VI Limited Partnership is the registered shareholder of 86.3% of Debtor Culligan Ltd.'s equity interests.

2.      Names and addresses of all persons or bodies authorized to administer foreign proceedings of the Debtor:

- Michael Morrison and Charles Thresh, as Liquidators
of Culligan Ltd.
Crown House, 4 Par-la-Ville Road
Hamilton, HM 08, Bermuda

3.      All parties to litigation pending in the United States in which the Debtor is a party at the time of the filing of the petition: Debtor is a nominal defendant in an action entitled *Culligan Soft Water Company, et al. v. Clayton Dubilier & Rice, LLC, et al.*, currently pending in the Supreme Court of the State of New York, New York County (Index No. 651863/2012) (the "**New York Action**").  The following is a list of parties[2] to the New York State Litigation:

---

[2] All parties in the New York Action have appeared by counsel.  Accordingly, as proposed in the accompanying *Motion Pursuant to Fed. R. Bankr. P. 2002 And 9007 Requesting Entry of an Order Scheduling Recognition Hearing and Specifying Form and Manner of Service of Notice* (the "**Scheduling Motion**"), filed herewith, proper notice to the litigants in the New York Action should be given by counsel appearing for those parties in the New York Action.

a.    <u>PLAINTIFFS</u>

| **NAME** | **ADDRESS** |
|---|---|
| CULLIGAN SOFT WATER COMPANY | CULLIGAN SOFT WATER COMPANY<br>c/o Einbinder & Dunn LLP<br>112 Madison Avenue, 8th Floor<br>New York, New York 10016<br>Attn: Michael Einbinder<br>me@ed-lawfirm.com<br><br>-and-<br><br>CULLIGAN SOFT WATER COMPANY<br>c/o Singler Professional Law Corp.<br>127 S. Main Street<br>Sebastopol, California 95472<br>Attn: Peter A. Singler<br>pas@singler-law.com |
| CECIL R. HALL | CECIL R. HALL<br>c/o Einbinder & Dunn LLP<br>112 Madison Avenue, 8th Floor<br>New York, New York 10016<br>Attn: Michael Einbinder<br>me@ed-lawfirm.com<br><br>-and-<br><br>CECIL R. HALL<br>c/o Singler Professional Law Corp.<br>127 S. Main Street<br>Sebastopol, California 95472<br>Attn: Peter A. Singler<br>pas@singler-law.com |

| | |
|---|---|
| C&D OF ROCHESTER, LLC | C&D OF ROCHESTER, LLC<br>c/o Einbinder & Dunn LLP<br>112 Madison Avenue, 8th Floor<br>New York, New York 10016<br>Attn: Michael Einbinder<br>me@ed-lawfirm.com<br><br>-and-<br><br>C&D OF ROCHESTER, LLC<br>c/o Singler Professional Law Corp.<br>127 S. Main Street<br>Sebastopol, California 95472<br>Attn: Peter A. Singler<br>pas@singler-law.com |
| DRIESSEN WATER, INC. | DRIESSEN WATER, INC.<br>c/o Einbinder & Dunn LLP<br>112 Madison Avenue, 8th Floor<br>New York, New York 10016<br>Attn: Michael Einbinder<br>me@ed-lawfirm.com<br><br>-and-<br><br>DRIESSEN WATER, INC.<br>c/o Singler Professional Law Corp.<br>127 S. Main Street<br>Sebastopol, California 95472<br>Attn: Peter A. Singler<br>pas@singler-law.com |
| MICHAEL A. BANNISTER | MICHAEL A. BANNISTER<br>c/o Einbinder & Dunn LLP<br>112 Madison Avenue, 8th Floor<br>New York, New York 10016<br>Attn: Michael Einbinder<br>me@ed-lawfirm.com<br><br>-and-<br><br>MICHAEL A. BANNISTER<br>c/o Singler Professional Law Corp.<br>127 S. Main Street<br>Sebastopol, California 95472<br>Attn: Peter A. Singler<br>pas@singler-law.com |

| | |
|---|---|
| T&B ENTERPRISES, INC. | T&B ENTERPRISES, INC.<br>c/o Einbinder & Dunn LLP<br>112 Madison Avenue, 8th Floor<br>New York, New York 10016<br>Attn: Michael Einbinder<br>me@ed-lawfirm.com<br><br>-and-<br><br>T&B ENTERPRISES, INC.<br>c/o Singler Professional Law Corp.<br>127 S. Main Street<br>Sebastopol, California 95472<br>Attn: Peter A. Singler<br>pas@singler-law.com |
| CALIFORNIA WATER &<br>FILTER, INC. | CALIFORNIA WATER &<br>FILTER, INC.<br>c/o Einbinder & Dunn LLP<br>112 Madison Avenue, 8th Floor<br>New York, New York 10016<br>Attn: Michael Einbinder<br>me@ed-lawfirm.com<br><br>-and-<br><br>CALIFORNIA WATER &<br>FILTER, INC.<br>c/o Singler Professional Law Corp.<br>127 S. Main Street<br>Sebastopol, California 95472<br>Attn: Peter A. Singler<br>pas@singler-law.com |
| SHAR SHER I, INC. | SHAR SHER I, INC.<br>c/o Einbinder & Dunn LLP<br>112 Madison Avenue, 8th Floor<br>New York, New York 10016<br>Attn: Michael Einbinder<br>me@ed-lawfirm.com<br><br>-and-<br><br>SHAR SHER I, INC.<br>c/o Singler Professional Law Corp.<br>127 S. Main Street<br>Sebastopol, California 95472<br>Attn: Peter A. Singler<br>pas@singler-law.com |

| WATER QUALITY IMPROVEMENT, INC. | WATER QUALITY IMPROVEMENT, INC.<br>c/o Einbinder & Dunn LLP<br>112 Madison Avenue, 8th Floor<br>New York, New York 10016<br>Attn: Michael Einbinder<br>me@ed-lawfirm.com<br><br>-and-<br><br>WATER QUALITY IMPROVEMENT, INC.<br>c/o Singler Professional Law Corp.<br>127 S. Main Street<br>Sebastopol, California 95472<br>Attn: Peter A. Singler<br>pas@singler-law.com |
|---|---|
| CULLIGAN SOUTHWEST, INC. | CULLIGAN SOUTHWEST, INC.<br>c/o Einbinder & Dunn LLP<br>112 Madison Avenue, 8th Floor<br>New York, New York 10016<br>Attn: Michael Einbinder<br>me@ed-lawfirm.com<br><br>-and-<br><br>CULLIGAN SOUTHWEST, INC.<br>c/o Singler Professional Law Corp.<br>127 S. Main Street<br>Sebastopol, California 95472<br>Attn: Peter A. Singler<br>pas@singler-law.com |

| | |
|---|---|
| CAREY WATER CONDITIONING, INC. | CAREY WATER CONDITIONING, INC.<br>c/o Einbinder & Dunn LLP<br>112 Madison Avenue, 8th Floor<br>New York, New York 10016<br>Attn: Michael Einbinder<br>me@ed-lawfirm.com<br><br>-and-<br><br>CAREY WATER CONDITIONING, INC.<br>c/o Singler Professional Law Corp.<br>127 S. Main Street<br>Sebastopol, California 95472<br>Attn: Peter A. Singler<br>pas@singler-law.com |
| MICHAEL CAREY | MICHAEL CAREY<br>c/o Einbinder & Dunn LLP<br>112 Madison Avenue, 8th Floor<br>New York, New York 10016<br>Attn: Michael Einbinder<br>me@ed-lawfirm.com<br><br>-and-<br><br>MICHAEL CAREY<br>c/o Singler Professional Law Corp.<br>127 S. Main Street<br>Sebastopol, California 95472<br>Attn: Peter A. Singler<br>pas@singler-law.com |
| ERIC B. CLARKE | ERIC B. CLARKE<br>c/o Einbinder & Dunn LLP<br>112 Madison Avenue, 8th Floor<br>New York, New York 10016<br>Attn: Michael Einbinder<br>me@ed-lawfirm.com<br><br>-and-<br><br>ERIC B. CLARKE<br>c/o Singler Professional Law Corp.<br>127 S. Main Street<br>Sebastopol, California 95472<br>Attn: Peter A. Singler<br>pas@singler-law.com |

| | |
|---|---|
| CULLIGAN WATER CONDITIONING (BARRIE) LTD. | CULLIGAN WATER CONDITIONING (BARRIE) LTD.<br>c/o Einbinder & Dunn LLP<br>112 Madison Avenue, 8th Floor<br>New York, New York 10016<br>Attn: Michael Einbinder<br>me@ed-lawfirm.com<br><br>-and-<br><br>CULLIGAN WATER CONDITIONING (BARRIE) LTD.<br>c/o Singler Professional Law Corp.<br>127 S. Main Street<br>Sebastopol, California 95472<br>Attn: Peter A. Singler<br>pas@singler-law.com |
| ARTHUR H. COOKSEY, JR. | ARTHUR H. COOKSEY, JR.<br>c/o Einbinder & Dunn LLP<br>112 Madison Avenue, 8th Floor<br>New York, New York 10016<br>Attn: Michael Einbinder<br>me@ed-lawfirm.com<br><br>-and-<br><br>ARTHUR H. COOKSEY, JR.<br>c/o Singler Professional Law Corp.<br>127 S. Main Street<br>Sebastopol, California 95472<br>Attn: Peter A. Singler<br>pas@singler-law.com |

| | |
|---|---|
| CORBETT'S WATER CONDITIONING, INC. | CORBETT'S WATER CONDITIONING, INC.<br>c/o Einbinder & Dunn LLP<br>112 Madison Avenue, 8th Floor<br>New York, New York 10016<br>Attn: Michael Einbinder<br>me@ed-lawfirm.com<br><br>-and-<br><br>CORBETT'S WATER CONDITIONING, INC.<br>c/o Singler Professional Law Corp.<br>127 S. Main Street<br>Sebastopol, California 95472<br>Attn: Peter A. Singler<br>pas@singler-law.com |
| GLEN CRAVEN | GLEN CRAVEN<br>c/o Einbinder & Dunn LLP<br>112 Madison Avenue, 8th Floor<br>New York, New York 10016<br>Attn: Michael Einbinder<br>me@ed-lawfirm.com<br><br>-and-<br><br>GLEN CRAVEN<br>c/o Singler Professional Law Corp.<br>127 S. Main Street<br>Sebastopol, California 95472<br>Attn: Peter A. Singler<br>pas@singler-law.com |

| | |
|---|---|
| CULLIGAN WATER CONDITIONING HORICON, LLP | CULLIGAN WATER CONDITIONING HORICON, LLP<br>c/o Einbinder & Dunn LLP<br>112 Madison Avenue, 8th Floor<br>New York, New York 10016<br>Attn: Michael Einbinder<br>me@ed-lawfirm.com<br><br>-and-<br><br>CULLIGAN WATER CONDITIONING HORICON, LLP<br>c/o Singler Professional Law Corp.<br>127 S. Main Street<br>Sebastopol, California 95472<br>Attn: Peter A. Singler<br>pas@singler-law.com |
| HENRY T. WOOD | HENRY T. WOOD<br>c/o Einbinder & Dunn LLP<br>112 Madison Avenue, 8th Floor<br>New York, New York 10016<br>Attn: Michael Einbinder<br>me@ed-lawfirm.com<br><br>-and-<br><br>HENRY T. WOOD<br>c/o Singler Professional Law Corp.<br>127 S. Main Street<br>Sebastopol, California 95472<br>Attn: Peter A. Singler<br>pas@singler-law.com |
| MAYER SOFT WATER CO., INC. | MAYER SOFT WATER CO., INC.<br>c/o Einbinder & Dunn LLP<br>112 Madison Avenue, 8th Floor<br>New York, New York 10016<br>Attn: Michael Einbinder<br>me@ed-lawfirm.com<br><br>-and-<br><br>MAYER SOFT WATER CO., INC.<br>c/o Singler Professional Law Corp.<br>127 S. Main Street<br>Sebastopol, California 95472<br>Attn: Peter A. Singler<br>pas@singler-law.com |

| | |
|---|---|
| TIMOTHY FATHEREE AND SUE FATHEREE | TIMOTHY FATHEREE AND SUE FATHEREE<br>c/o Einbinder & Dunn LLP<br>112 Madison Avenue, 8th Floor<br>New York, New York 10016<br>Attn: Michael Einbinder<br>me@ed-lawfirm.com<br><br>-and-<br><br>TIMOTHY FATHEREE AND SUE FATHEREE<br>c/o Singler Professional Law Corp.<br>127 S. Main Street<br>Sebastopol, California 95472<br>Attn: Peter A. Singler<br>pas@singler-law.com |
| CLEAN WATER, INC. | CLEAN WATER, INC.<br>c/o Einbinder & Dunn LLP<br>112 Madison Avenue, 8th Floor<br>New York, New York 10016<br>Attn: Michael Einbinder<br>me@ed-lawfirm.com<br><br>-and-<br><br>CLEAN WATER, INC.<br>c/o Singler Professional Law Corp.<br>127 S. Main Street<br>Sebastopol, California 95472<br>Attn: Peter A. Singler<br>pas@singler-law.com |
| CATHERINE GILBY | CATHERINE GILBY<br>c/o Einbinder & Dunn LLP<br>112 Madison Avenue, 8th Floor<br>New York, New York 10016<br>Attn: Michael Einbinder<br>me@ed-lawfirm.com<br><br>-and-<br><br>CATHERINE GILBY<br>c/o Singler Professional Law Corp.<br>127 S. Main Street<br>Sebastopol, California 95472<br>Attn: Peter A. Singler<br>pas@singler-law.com |

| | |
|---|---|
| CANATXX, INC. | CANATXX, INC.<br>c/o Einbinder & Dunn LLP<br>112 Madison Avenue, 8th Floor<br>New York, New York 10016<br>Attn: Michael Einbinder<br>me@ed-lawfirm.com<br><br>-and-<br><br>CANATXX, INC.<br>c/o Singler Professional Law Corp.<br>127 S. Main Street<br>Sebastopol, California 95472<br>Attn: Peter A. Singler<br>pas@singler-law.com |
| QUALITY WATER ENTERPRISES, INC. | QUALITY WATER ENTERPRISES, INC.<br>c/o Einbinder & Dunn LLP<br>112 Madison Avenue, 8th Floor<br>New York, New York 10016<br>Attn: Michael Einbinder<br>me@ed-lawfirm.com<br><br>-and-<br><br>QUALITY WATER ENTERPRISES, INC.<br>c/o Singler Professional Law Corp.<br>127 S. Main Street<br>Sebastopol, California 95472<br>Attn: Peter A. Singler<br>pas@singler-law.com |
| ROBERT R. HEFFERNAN | ROBERT R. HEFFERNAN<br>c/o Einbinder & Dunn LLP<br>112 Madison Avenue, 8th Floor<br>New York, New York 10016<br>Attn: Michael Einbinder<br>me@ed-lawfirm.com<br><br>-and-<br><br>ROBERT R. HEFFERNAN<br>c/o Singler Professional Law Corp.<br>127 S. Main Street<br>Sebastopol, California 95472<br>Attn: Peter A. Singler<br>pas@singler-law.com |

| | |
|---|---|
| CHARLES F. HURST | CHARLES F. HURST<br>c/o Einbinder & Dunn LLP<br>112 Madison Avenue, 8th Floor<br>New York, New York 10016<br>Attn: Michael Einbinder<br>me@ed-lawfirm.com<br><br>-and-<br><br>CHARLES F. HURST Singler<br>Professional Law Corp.<br>127 S. Main Street<br>Sebastopol, California 95472<br>Attn: Peter A. Singler<br>pas@singler-law.com |
| KARGER ENTERPRISES, INC. | KARGER ENTERPRISES, INC.<br>c/o Einbinder & Dunn LLP<br>112 Madison Avenue, 8th Floor<br>New York, New York 10016<br>Attn: Michael Einbinder<br>me@ed-lawfirm.com<br><br>-and-<br><br>KARGER ENTERPRISES, INC.<br>c/o vSingler Professional Law Corp.<br>127 S. Main Street<br>Sebastopol, California 95472<br>Attn: Peter A. Singler<br>pas@singler-law.com |
| KEPPLER WATER TREATMENT, INC. | KEPPLER WATER TREATMENT, INC.<br>c/o Einbinder & Dunn LLP<br>112 Madison Avenue, 8th Floor<br>New York, New York 10016<br>Attn: Michael Einbinder<br>me@ed-lawfirm.com<br><br>-and-<br><br>KEPPLER WATER TREATMENT, INC.<br>c/o Singler Professional Law Corp.<br>127 S. Main Street<br>Sebastopol, California 95472<br>Attn: Peter A. Singler<br>pas@singler-law.com |

| | |
|---|---|
| ROBERT KITZMAN AND TRACY KITZMAN | ROBERT KITZMAN AND TRACY KITZMAN<br>c/o Einbinder & Dunn LLP<br>112 Madison Avenue, 8th Floor<br>New York, New York 10016<br>Attn: Michael Einbinder<br>me@ed-lawfirm.com<br><br>-and-<br><br>ROBERT KITZMAN AND TRACY KITZMAN<br>c/o Singler Professional Law Corp.<br>127 S. Main Street<br>Sebastopol, California 95472<br>Attn: Peter A. Singler<br>pas@singler-law.com |
| LADWIG ENTERPRISES, INC. | LADWIG ENTERPRISES, INC.<br>c/o Einbinder & Dunn LLP<br>112 Madison Avenue, 8th Floor<br>New York, New York 10016<br>Attn: Michael Einbinder<br>me@ed-lawfirm.com<br><br>-and-<br><br>LADWIG ENTERPRISES, INC.<br>c/o Singler Professional Law Corp.<br>127 S. Main Street<br>Sebastopol, California 95472<br>Attn: Peter A. Singler<br>pas@singler-law.com |

| | |
|---|---|
| RICHARD LAMBERT AND MARIANNE CONRAD | RICHARD LAMBERT AND MARIANNE CONRAD<br>c/o Einbinder & Dunn LLP<br>112 Madison Avenue, 8th Floor<br>New York, New York 10016<br>Attn: Michael Einbinder<br>me@ed-lawfirm.com<br><br>-and-<br><br>RICHARD LAMBERT AND MARIANNE CONRAD<br>c/o Singler Professional Law Corp.<br>127 S. Main Street<br>Sebastopol, California 95472<br>Attn: Peter A. Singler<br>pas@singler-law.com |
| LOW COUNTRY WATER CONDITIONING, INC. | LOW COUNTRY WATER CONDITIONING, INC.<br>c/o Einbinder & Dunn LLP<br>112 Madison Avenue, 8th Floor<br>New York, New York 10016<br>Attn: Michael Einbinder<br>me@ed-lawfirm.com<br><br>-and-<br><br>LOW COUNTRY WATER CONDITIONING, INC.<br>c/o Singler Professional Law Corp.<br>127 S. Main Street<br>Sebastopol, California 95472<br>Attn: Peter A. Singler<br>pas@singler-law.com |

| GINA LARSON | GINA LARSON<br>c/o Einbinder & Dunn LLP<br>112 Madison Avenue, 8th Floor<br>New York, New York 10016<br>Attn: Michael Einbinder<br>me@ed-lawfirm.com<br><br>-and-<br><br>GINA LARSON<br>c/o Singler Professional Law Corp.<br>127 S. Main Street<br>Sebastopol, California 95472<br>Attn: Peter A. Singler<br>pas@singler-law.com |
|---|---|
| MICHAEL G. MACAULAY | MICHAEL G. MACAULAY<br>c/o Einbinder & Dunn LLP<br>112 Madison Avenue, 8th Floor<br>New York, New York 10016<br>Attn: Michael Einbinder<br>me@ed-lawfirm.com<br><br>-and-<br><br>MICHAEL G. MACAULAY<br>c/o Singler Professional Law Corp.<br>127 S. Main Street<br>Sebastopol, California 95472<br>Attn: Peter A. Singler<br>pas@singler-law.com |
| VETTER'S, INC. | VETTER'S, INC.<br>c/o Einbinder & Dunn LLP<br>112 Madison Avenue, 8th Floor<br>New York, New York 10016<br>Attn: Michael Einbinder<br>me@ed-lawfirm.com<br><br>-and-<br><br>VETTER'S, INC.<br>c/o Singler Professional Law Corp.<br>127 S. Main Street<br>Sebastopol, California 95472<br>Attn: Peter A. Singler<br>pas@singler-law.com |

| | |
|---|---|
| ROBERT W. MCCOLLUM AND BARBARA N. MCCOLLUM | ROBERT W. MCCOLLUM AND BARBARA N. MCCOLLUM c/o Einbinder & Dunn LLP 112 Madison Avenue, 8th Floor New York, New York 10016 Attn: Michael Einbinder me@ed-lawfirm.com <br><br> -and- <br><br> ROBERT W. MCCOLLUM AND BARBARA N. MCCOLLUM c/o Singler Professional Law Corp. 127 S. Main Street Sebastopol, California 95472 Attn: Peter A. Singler pas@singler-law.com |
| RICHARD C. MEIER | RICHARD C. MEIER c/o Einbinder & Dunn LLP 112 Madison Avenue, 8th Floor New York, New York 10016 Attn: Michael Einbinder me@ed-lawfirm.com <br><br> -and- <br><br> RICHARD C. MEIER c/o Singler Professional Law Corp. 127 S. Main Street Sebastopol, California 95472 Attn: Peter A. Singler pas@singler-law.com |
| DONALD E. MEREDITH | DONALD E. MEREDITH c/o Einbinder & Dunn LLP 112 Madison Avenue, 8th Floor New York, New York 10016 Attn: Michael Einbinder me@ed-lawfirm.com <br><br> -and- <br><br> DONALD E. MEREDITH c/o Singler Professional Law Corp. 127 S. Main Street Sebastopol, California 95472 Attn: Peter A. Singler pas@singler-law.com |

| | |
|---|---|
| CLEANWATER CORPORATION OF AMERICA | CLEANWATER CORPORATION OF AMERICA<br>c/o Einbinder & Dunn LLP<br>112 Madison Avenue, 8th Floor<br>New York, New York 10016<br>Attn: Michael Einbinder<br>me@ed-lawfirm.com<br><br>-and-<br><br>CLEANWATER CORPORATION OF AMERICA<br>c/o Singler Professional Law Corp.<br>127 S. Main Street<br>Sebastopol, California 95472<br>Attn: Peter A. Singler<br>pas@singler-law.com |
| JOHN MOLLMAN AND JANETTE MOLLMAN | JOHN MOLLMAN AND JANETTE MOLLMAN<br>c/o Einbinder & Dunn LLP<br>112 Madison Avenue, 8th Floor<br>New York, New York 10016<br>Attn: Michael Einbinder<br>me@ed-lawfirm.com<br><br>-and-<br><br>JOHN MOLLMAN AND JANETTE MOLLMAN<br>c/o Singler Professional Law Corp.<br>127 S. Main Street<br>Sebastopol, California 95472<br>Attn: Peter A. Singler<br>pas@singler-law.com |

| | |
|---|---|
| THE GOOD WATER COMPANY LTD. | THE GOOD WATER COMPANY LTD.<br>c/o Einbinder & Dunn LLP<br>112 Madison Avenue, 8th Floor<br>New York, New York 10016<br>Attn: Michael Einbinder<br>me@ed-lawfirm.com<br><br>-and-<br><br>THE GOOD WATER COMPANY LTD.<br>c/o Singler Professional Law Corp.<br>127 S. Main Street<br>Sebastopol, California 95472<br>Attn: Peter A. Singler<br>pas@singler-law.com |
| E&H PARKS, INC. | E&H PARKS, INC.<br>c/o Einbinder & Dunn LLP<br>112 Madison Avenue, 8th Floor<br>New York, New York 10016<br>Attn: Michael Einbinder<br>me@ed-lawfirm.com<br><br>-and-<br><br>E&H PARKS, INC.<br>c/o Singler Professional Law Corp.<br>127 S. Main Street<br>Sebastopol, California 95472<br>Attn: Peter A. Singler<br>pas@singler-law.com |
| MAUMEE VALLEY BOTTLERS, INC. | MAUMEE VALLEY BOTTLERS, INC.<br>c/o Einbinder & Dunn LLP<br>112 Madison Avenue, 8th Floor<br>New York, New York 10016<br>Attn: Michael Einbinder<br>me@ed-lawfirm.com<br><br>-and-<br><br>MAUMEE VALLEY BOTTLERS, INC.<br>c/o Singler Professional Law Corp.<br>127 S. Main Street<br>Sebastopol, California 95472<br>Attn: Peter A. Singler<br>pas@singler-law.com |

| | |
|---|---|
| SCHRY WATER CONDITIONING, INC. | SCHRY WATER CONDITIONING, INC.<br>c/o Einbinder & Dunn LLP<br>112 Madison Avenue, 8th Floor<br>New York, New York 10016<br>Attn: Michael Einbinder<br>me@ed-lawfirm.com<br><br>-and-<br><br>SCHRY WATER CONDITIONING, INC.<br>c/o Singler Professional Law Corp.<br>127 S. Main Street<br>Sebastopol, California 95472<br>Attn: Peter A. Singler<br>pas@singler-law.com |
| SCHRY WATER TREATMENT, INC. | SCHRY WATER TREATMENT, INC.<br>c/o Einbinder & Dunn LLP<br>112 Madison Avenue, 8th Floor<br>New York, New York 10016<br>Attn: Michael Einbinder<br>me@ed-lawfirm.com<br><br>-and-<br><br>SCHRY WATER TREATMENT, INC.<br>c/o Singler Professional Law Corp.<br>127 S. Main Street<br>Sebastopol, California 95472<br>Attn: Peter A. Singler<br>pas@singler-law.com |
| WINSLOW STENSENG | WINSLOW STENSENG<br>c/o Einbinder & Dunn LLP<br>112 Madison Avenue, 8th Floor<br>New York, New York 10016<br>Attn: Michael Einbinder<br>me@ed-lawfirm.com<br><br>-and-<br><br>WINSLOW STENSENG<br>c/o Singler Professional Law Corp.<br>127 S. Main Street<br>Sebastopol, California 95472<br>Attn: Peter A. Singler<br>pas@singler-law.com |

| | |
|---|---|
| STEWART WATER CONDITIONING, LTD. | STEWART WATER CONDITIONING, LTD.<br>c/o Einbinder & Dunn LLP<br>112 Madison Avenue, 8th Floor<br>New York, New York 10016<br>Attn: Michael Einbinder<br>me@ed-lawfirm.com<br><br>-and-<br><br>STEWART WATER CONDITIONING, LTD.<br>c/o Singler Professional Law Corp.<br>127 S. Main Street<br>Sebastopol, California 95472<br>Attn: Peter A. Singler<br>pas@singler-law.com |
| BRET P. TANGLEY | BRET P. TANGLEY<br>c/o Einbinder & Dunn LLP<br>112 Madison Avenue, 8th Floor<br>New York, New York 10016<br>Attn: Michael Einbinder<br>me@ed-lawfirm.com<br><br>-and-<br><br>BRET P. TANGLEY<br>c/o Singler Professional Law Corp.<br>127 S. Main Street<br>Sebastopol, California 95472<br>Attn: Peter A. Singler<br>pas@singler-law.com |
| B.A.R. WATER CORPORATION | B.A.R. WATER CORPORATION<br>c/o Einbinder & Dunn LLP<br>112 Madison Avenue, 8th Floor<br>New York, New York 10016<br>Attn: Michael Einbinder<br>me@ed-lawfirm.com<br><br>-and-<br><br>B.A.R. WATER CORPORATION<br>c/o Singler Professional Law Corp.<br>127 S. Main Street<br>Sebastopol, California 95472<br>Attn: Peter A. Singler<br>pas@singler-law.com |

| | |
|---|---|
| TRILLI HOLDINGS, INC. | TRILLI HOLDINGS, INC.<br>c/o Einbinder & Dunn LLP<br>112 Madison Avenue, 8th Floor<br>New York, New York 10016<br>Attn: Michael Einbinder<br>me@ed-lawfirm.com<br><br>-and-<br><br>TRILLI HOLDINGS, INC.<br>c/o Singler Professional Law Corp.<br>127 S. Main Street<br>Sebastopol, California 95472<br>Attn: Peter A. Singler<br>pas@singler-law.com |
| BRUCE VAN CAMP | BRUCE VAN CAMP<br>c/o Einbinder & Dunn LLP<br>112 Madison Avenue, 8th Floor<br>New York, New York 10016<br>Attn: Michael Einbinder<br>me@ed-lawfirm.com<br><br>-and-<br><br>BRUCE VAN CAMP<br>c/o Singler Professional Law Corp.<br>127 S. Main Street<br>Sebastopol, California 95472<br>Attn: Peter A. Singler<br>pas@singler-law.com |
| WALTER C. VOIGT AND CHARLOTTE P. VOIGT | WALTER C. VOIGT AND CHARLOTTE P. VOIGT<br>c/o Einbinder & Dunn LLP<br>112 Madison Avenue, 8th Floor<br>New York, New York 10016<br>Attn: Michael Einbinder<br>me@ed-lawfirm.com<br><br>-and-<br><br>WALTER C. VOIGT AND CHARLOTTE P. VOIGT<br>c/o Singler Professional Law Corp.<br>127 S. Main Street<br>Sebastopol, California 95472<br>Attn: Peter A. Singler<br>pas@singler-law.com |

| MARIN H2O, INC. | MARIN H2O, INC.<br>c/o Einbinder & Dunn LLP<br>112 Madison Avenue, 8th Floor<br>New York, New York 10016<br>Attn: Michael Einbinder<br>me@ed-lawfirm.com<br><br>-and-<br><br>MARIN H2O, INC.<br>c/o Singler Professional Law Corp.<br>127 S. Main Street<br>Sebastopol, California 95472<br>Attn: Peter A. Singler<br>pas@singler-law.com |
| ALLAN C. WINDOVER | ALLAN C. WINDOVER<br>c/o Einbinder & Dunn LLP<br>112 Madison Avenue, 8th Floor<br>New York, New York 10016<br>Attn: Michael Einbinder<br>me@ed-lawfirm.com<br><br>-and-<br><br>ALLAN C. WINDOVER<br>c/o Singler Professional Law Corp.<br>127 S. Main Street<br>Sebastopol, California 95472<br>Attn: Peter A. Singler<br>pas@singler-law.com |
| EVERETT WINDOVER | EVERETT WINDOVER<br>c/o Einbinder & Dunn LLP<br>112 Madison Avenue, 8th Floor<br>New York, New York 10016<br>Attn: Michael Einbinder<br>me@ed-lawfirm.com<br><br>-and-<br><br>EVERETT WINDOVER<br>c/o Singler Professional Law Corp.<br>127 S. Main Street<br>Sebastopol, California 95472<br>Attn: Peter A. Singler<br>pas@singler-law.com |

| | |
|---|---|
| CULLIGAN SOFT WATER SERVICE (QUE) INC. | CULLIGAN SOFT WATER SERVICE (QUE) INC.<br>c/o Einbinder & Dunn LLP<br>112 Madison Avenue, 8th Floor<br>New York, New York 10016<br>Attn: Michael Einbinder<br>me@ed-lawfirm.com<br><br>-and-<br><br>CULLIGAN SOFT WATER SERVICE (QUE) INC.<br>c/o Singler Professional Law Corp.<br>127 S. Main Street<br>Sebastopol, California 95472<br>Attn: Peter A. Singler<br>pas@singler-law.com |
| G.R. MCCOY | G.R. MCCOY<br>c/o Einbinder & Dunn LLP<br>112 Madison Avenue, 8th Floor<br>New York, New York 10016<br>Attn: Michael Einbinder<br>me@ed-lawfirm.com<br><br>-and-<br><br>G.R. MCCOY<br>c/o Singler Professional Law Corp.<br>127 S. Main Street<br>Sebastopol, California 95472<br>Attn: Peter A. Singler<br>pas@singler-law.com |
| RICHARD N. WENDT | RICHARD N. WENDT<br>c/o Einbinder & Dunn LLP<br>112 Madison Avenue, 8th Floor<br>New York, New York 10016<br>Attn: Michael Einbinder<br>me@ed-lawfirm.com<br><br>-and-<br><br>RICHARD N. WENDT<br>c/o Singler Professional Law Corp.<br>127 S. Main Street<br>Sebastopol, California 95472<br>Attn: Peter A. Singler<br>pas@singler-law.com |

| | |
|---|---|
| RICHARD SAMPLE AND MARIE SAMPLE | RICHARD SAMPLE AND MARIE SAMPLE<br>c/o Einbinder & Dunn LLP<br>112 Madison Avenue, 8th Floor<br>New York, New York 10016<br>Attn: Michael Einbinder<br>me@ed-lawfirm.com<br><br>-and-<br><br>RICHARD SAMPLE AND MARIE SAMPLE<br>c/o Singler Professional Law Corp.<br>127 S. Main Street<br>Sebastopol, California 95472<br>Attn: Peter A. Singler<br>pas@singler-law.com |
| THE WATER MEISTER, INC. | THE WATER MEISTER, INC.<br>c/o Einbinder & Dunn LLP<br>112 Madison Avenue, 8th Floor<br>New York, New York 10016<br>Attn: Michael Einbinder<br>me@ed-lawfirm.com<br><br>-and-<br><br>THE WATER MEISTER, INC.<br>c/o Singler Professional Law Corp.<br>127 S. Main Street<br>Sebastopol, California 95472<br>Attn: Peter A. Singler<br>pas@singler-law.com |
| ALEX CONNELLY | ALEX CONNELLY<br>c/o Einbinder & Dunn LLP<br>112 Madison Avenue, 8th Floor<br>New York, New York 10016<br>Attn: Michael Einbinder<br>me@ed-lawfirm.com<br><br>-and-<br><br>ALEX CONNELLY<br>c/o Singler Professional Law Corp.<br>127 S. Main Street<br>Sebastopol, California 95472<br>Attn: Peter A. Singler<br>pas@singler-law.com |

| | |
|---|---|
| GO WATER, INC. | GO WATER, INC.<br>c/o Einbinder & Dunn LLP<br>112 Madison Avenue, 8th Floor<br>New York, New York 10016<br>Attn: Michael Einbinder<br>me@ed-lawfirm.com<br><br>-and-<br><br>GO WATER, INC.<br>c/o Singler Professional Law Corp.<br>127 S. Main Street<br>Sebastopol, California 95472<br>Attn: Peter A. Singler<br>pas@singler-law.com |
| VAN D. WAUGH | VAN D. WAUGH<br>c/o Einbinder & Dunn LLP<br>112 Madison Avenue, 8th Floor<br>New York, New York 10016<br>Attn: Michael Einbinder<br>me@ed-lawfirm.com<br><br>-and-<br><br>VAN D. WAUGH<br>c/o Singler Professional Law Corp.<br>127 S. Main Street<br>Sebastopol, California 95472<br>Attn: Peter A. Singler<br>pas@singler-law.com |
| MELISSA GRILL | MELISSA GRILL<br>c/o Einbinder & Dunn LLP<br>112 Madison Avenue, 8th Floor<br>New York, New York 10016<br>Attn: Michael Einbinder<br>me@ed-lawfirm.com<br><br>-and-<br><br>MELISSA GRILL<br>c/o Singler Professional Law Corp.<br>127 S. Main Street<br>Sebastopol, California 95472<br>Attn: Peter A. Singler<br>pas@singler-law.com |

| | |
|---|---|
| PETRO'S WATER CONDITIONING OF JOHNSON COUNTY, INC. | PETRO'S WATER CONDITIONING OF JOHNSON COUNTY, INC.<br>c/o Einbinder & Dunn LLP<br>112 Madison Avenue, 8th Floor<br>New York, New York 10016<br>Attn: Michael Einbinder<br>me@ed-lawfirm.com<br><br>-and-<br><br>PETRO'S WATER CONDITIONING OF JOHNSON COUNTY, INC.<br>c/o Singler Professional Law Corp.<br>127 S. Main Street<br>Sebastopol, California 95472<br>Attn: Peter A. Singler<br>pas@singler-law.com |
| WATER TREATMENT SERVICES OF SHELBYVILLE, INC. | WATER TREATMENT SERVICES OF SHELBYVILLE, INC.<br>c/o Einbinder & Dunn LLP<br>112 Madison Avenue, 8th Floor<br>New York, New York 10016<br>Attn: Michael Einbinder<br>me@ed-lawfirm.com<br><br>-and-<br><br>WATER TREATMENT SERVICES OF SHELBYVILLE, INC.<br>c/o Singler Professional Law Corp.<br>127 S. Main Street<br>Sebastopol, California 95472<br>Attn: Peter A. Singler<br>pas@singler-law.com |

| COUNTRYSIDE MANAGEMENT, INC | COUNTRYSIDE MANAGEMENT, INC<br>c/o Einbinder & Dunn LLP<br>112 Madison Avenue, 8th Floor<br>New York, New York 10016<br>Attn: Michael Einbinder<br>me@ed-lawfirm.com<br><br>-and-<br><br>COUNTRYSIDE MANAGEMENT, INC<br>c/o Singler Professional Law Corp.<br>127 S. Main Street<br>Sebastopol, California 95472<br>Attn: Peter A. Singler<br>pas@singler-law.com |
| --- | --- |
| GULF COAST WATER CONDITIONING, INC. | GULF COAST WATER<br>CONDITIONING, INC.<br>c/o Einbinder & Dunn LLP<br>112 Madison Avenue, 8th Floor<br>New York, New York 10016<br>Attn: Michael Einbinder<br>me@ed-lawfirm.com<br><br>-and-<br><br>GULF COAST WATER<br>CONDITIONING, INC.<br>c/o Singler Professional Law Corp.<br>127 S. Main Street<br>Sebastopol, California 95472<br>Attn: Peter A. Singler<br>pas@singler-law.com |

| ADRIAN WATER CONDITIONING, INC. | ADRIAN WATER CONDITIONING, INC.<br>c/o Einbinder & Dunn LLP<br>112 Madison Avenue, 8th Floor<br>New York, New York 10016<br>Attn: Michael Einbinder<br>me@ed-lawfirm.com<br><br>-and-<br><br>ADRIAN WATER CONDITIONING, INC.<br>c/o Singler Professional Law Corp.<br>127 S. Main Street<br>Sebastopol, California 95472<br>Attn: Peter A. Singler<br>pas@singler-law.com |
| CANNEY'S WATERTREATMENT, INC. | CANNEY'S WATERTREATMENT, INC.<br>c/o Einbinder & Dunn LLP<br>112 Madison Avenue, 8th Floor<br>New York, New York 10016<br>Attn: Michael Einbinder<br>me@ed-lawfirm.com<br><br>-and-<br><br>CANNEY'S WATERTREATMENT, INC.<br>c/o Singler Professional Law Corp.<br>127 S. Main Street<br>Sebastopol, California 95472<br>Attn: Peter A. Singler<br>pas@singler-law.com |

b.     DEFENDANTS

| NAME | ADDRESS |
|------|---------|
| CLAYTON, DUBILIER & RICE, LLC | CLAYTON, DUBILIER & RICE, LLC; c/o Debevoise & Plimpton LLP 919 Third Avenue New York, New York 10022 Attn: Mark P. Goodman, Shannon Rose Selden, James J. Pastore, Jr., Carl Micarelli mpgoodman@debevoise.com srselden@debevoise.com jjpastore@debevoise.com cmicarelli@debevoise.com |
| CLAYTON, DUBILIER & RICE, INC. | CLAYTON, DUBILIER & RICE, INC. c/o Debevoise & Plimpton LLP 919 Third Avenue New York, New York 10022 Attn: Mark P. Goodman, Shannon Rose Selden, James J. Pastore, Jr., Carl Micarelli mpgoodman@debevoise.com srselden@debevoise.com jjpastore@debevoise.com cmicarelli@debevoise.com |
| CLAYTON, DUBILIER & RICE FUND VI LIMITED PARTNERSHIP | CLAYTON, DUBILIER & RICE FUND VI LIMITED PARTNERSHIP c/o Debevoise & Plimpton LLP 919 Third Avenue New York, New York 10022 Attn: Mark P. Goodman, Shannon Rose Selden, James J. Pastore, Jr., Carl Micarelli mpgoodman@debevoise.com srselden@debevoise.com jjpastore@debevoise.com cmicarelli@debevoise.com |

| GEORGE W. TAMKE | GEORGE W. TAMKE<br>c/o Debevoise & Plimpton LLP<br>919 Third Avenue<br>New York, New York 10022<br>Attn: Mark P. Goodman, Shannon Rose Selden, James J. Pastore, Jr., Carl Micarelli<br>mpgoodman@debevoise.com<br>srselden@debevoise.com<br>jjpastore@debevoise.com<br>cmicarelli@debevoise.com |
|---|---|
| DAVID H. WASSERMAN | DAVID H. WASSERMAN<br>c/o Debevoise & Plimpton LLP<br>919 Third Avenue<br>New York, New York 10022<br>Attn: Mark P. Goodman, Shannon Rose Selden, James J. Pastore, Jr., Carl Micarelli<br>mpgoodman@debevoise.com<br>srselden@debevoise.com<br>jjpastore@debevoise.com<br>cmicarelli@debevoise.com |
| MARK SEALS | MARK SEALS<br>c/o Debevoise & Plimpton LLP<br>919 Third Avenue<br>New York, New York 10022<br>Attn: Mark P. Goodman, Shannon Rose Selden, James J. Pastore, Jr., Carl Micarelli<br>mpgoodman@debevoise.com<br>srselden@debevoise.com<br>jjpastore@debevoise.com<br>cmicarelli@debevoise.com |
| BRUNO DESCHAMPS | BRUNO DESCHAMPS<br>c/o Debevoise & Plimpton LLP<br>919 Third Avenue<br>New York, New York 10022<br>Attn: Mark P. Goodman, Shannon Rose Selden, James J. Pastore, Jr., Carl Micarelli<br>mpgoodman@debevoise.com<br>srselden@debevoise.com<br>jjpastore@debevoise.com<br>cmicarelli@debevoise.com |

| | |
|---|---|
| NATHAN K. SLEEPER | NATHAN K. SLEEPER<br>c/o Debevoise & Plimpton LLP<br>919 Third Avenue<br>New York, New York 10022<br>Attn: Mark P. Goodman, Shannon Rose Selden, James J. Pastore, Jr., Carl Micarelli<br>mpgoodman@debevoise.com<br>srselden@debevoise.com<br>jjpastore@debevoise.com<br>cmicarelli@debevoise.com |
| MICHAEL J. DURHAM | MICHAEL J. DURHAM<br>c/o Debevoise & Plimpton LLP<br>919 Third Avenue<br>New York, New York 10022<br>Attn: Mark P. Goodman, Shannon Rose Selden, James J. Pastore, Jr., Carl Micarelli<br>mpgoodman@debevoise.com<br>srselden@debevoise.com<br>jjpastore@debevoise.com<br>cmicarelli@debevoise.com |
| DANIEL R. FREDRICKSON | DANIEL R. FREDRICKSON<br>c/o Debevoise & Plimpton LLP<br>919 Third Avenue<br>New York, New York 10022<br>Attn: Mark P. Goodman, Shannon Rose Selden, James J. Pastore, Jr., Carl Micarelli<br>mpgoodman@debevoise.com<br>srselden@debevoise.com<br>jjpastore@debevoise.com<br>cmicarelli@debevoise.com |
| THOMAS A. HAYS | THOMAS A. HAYS<br>c/o Debevoise & Plimpton LLP<br>919 Third Avenue<br>New York, New York 10022<br>Attn: Mark P. Goodman, Shannon Rose Selden, James J. Pastore, Jr., Carl Micarelli<br>mpgoodman@debevoise.com<br>srselden@debevoise.com<br>jjpastore@debevoise.com<br>cmicarelli@debevoise.com |

| | |
|---|---|
| JAMES USELTON | JAMES USELTON<br>c/o Debevoise & Plimpton LLP<br>919 Third Avenue<br>New York, New York 10022<br>Attn: Mark P. Goodman, Shannon Rose<br>Selden, James J. Pastore, Jr., Carl<br>Micarelli<br>mpgoodman@debevoise.com<br>srselden@debevoise.com<br>jjpastore@debevoise.com<br>cmicarelli@debevoise.com |
| CULLIGAN LTD., as nominal<br>defendant | CULLIGAN LTD., as nominal<br>defendant<br>c/o Allegaert Berger & Vogel LLP<br>111 Broadway, 20th Floor<br>New York, New York 10006<br>Attn: David A. Berger, Richard L.<br>Crisona, Alexander E. Ehrlich<br>dberger@abv.com<br>rcrisona@abv.com<br>aehrlich@abv.com |
| KPMG ADVISORY LIMITED | KPMG ADVISORY LIMITED<br>c/o Allegaert Berger & Vogel LLP<br>111 Broadway, 20th Floor<br>New York, New York 10006<br>Attn: David A. Berger, Richard L.<br>Crisona, Alexander E. Ehrlich<br>dberger@abv.com<br>rcrisona@abv.com<br>aehrlich@abv.com |
| ANGELO, GORDON & CO., L.P. | ANGELO, GORDON & CO., L.P.<br>c/o Simpson Thatcher & Bartlett LLP<br>425 Lexington Avenue<br>New York, New York 10017-3954<br>Attn: Peter E. Kazanoff, Linton Mann III<br>pkazanoff@stblaw.com<br>lmann@stblaw.com |
| SILVER OAK CAPITAL, L.L.C. | SILVER OAK CAPITAL, L.L.C.<br>c/o Simpson Thatcher & Bartlett LLP<br>425 Lexington Avenue<br>New York, New York 10017-3954<br>Attn: Peter E. Kazanoff, Linton Mann III<br>pkazanoff@stblaw.com<br>lmann@stblaw.com |

| | |
|---|---|
| CENTERBRIDGE SPECIAL CREDIT PARTNERS, L.P. | CENTERBRIDGE SPECIAL CREDIT PARTNERS, L.P.<br>c/o Akin Gump Strauss Hauer Field LLP<br>One Bryant Park<br>New York, New York 10036<br>Attn: Abid Qureshi, Brian T. Carney, Anne M. Evans<br>aqureshi@akingump.com<br>bcarney@akingump.com<br>aevans@akingump.com |
| CCP ACQUISITION HOLDINGS, L.L.C. | CCP ACQUISITION HOLDINGS, L.L.C.<br>c/o Akin Gump Strauss Hauer Field LLP<br>One Bryant Park<br>New York, New York 10036<br>Attn: Abid Qureshi, Brian T. Carney, Anne M. Evans<br>aqureshi@akingump.com<br>bcarney@akingump.com<br>aevans@akingump.com |
| CCP CREDIT ACQUISITION HOLDINGS, L.L.C. | CCP CREDIT ACQUISITION HOLDINGS, L.L.C.<br>c/o Akin Gump Strauss Hauer Field LLP<br>One Bryant Park<br>New York, New York 10036<br>Attn: Abid Qureshi, Brian T. Carney, Anne M. Evans<br>aqureshi@akingump.com<br>bcarney@akingump.com<br>aevans@akingump.com |
| CULLIGAN NEWCO, LTD. | CULLIGAN NEWCO, LTD.<br>c/o Akin Gump Strauss Hauer Field LLP<br>One Bryant Park<br>New York, New York 10036<br>Attn: Abid Qureshi, Brian T. Carney, Anne M. Evans<br>aqureshi@akingump.com<br>bcarney@akingump.com<br>aevans@akingump.com |
| ADVENT PARTNERS GPE VIII-A CAYMAN LIMITED PARTNERSHIP | ADVENT PARTNERS GPE VIII-A CAYMAN LIMITED PARTNERSHIP<br>c/o Weil, Gotshal & Manges LLP<br>767 Fifth Ave, 32 Floor<br>New York, New York 10153<br>Attn: Patrick J. O'Toole, Jr., Robert M. Swenson, Angelo G. Labate<br>patrick.otoole@weil.com<br>robert.swenson@weil.com<br>angelo.labate@weil.com |

| | |
|---|---|
| AP GPE VIII GP LIMITED PARTNERSHIP | AP GPE VIII GP LIMITED PARTNERSHIP<br>c/o Weil, Gotshal & Manges LLP<br>767 Fifth Ave, 32 Floor<br>New York, New York 10153<br>Attn: Patrick J. O'Toole, Jr., Robert M. Swenson, Angelo G. Labate<br>patrick.otoole@weil.com<br>robert.swenson@weil.com<br>angelo.labate@weil.com |
| ADVENT PARTNERS GPE VIII-C CULLIGAN (CAYMAN) LIMITED | ADVENT PARTNERS GPE VIII-C CULLIGAN (CAYMAN) LIMITED<br>c/o Weil, Gotshal & Manges LLP<br>767 Fifth Ave, 32 Floor<br>New York, New York 10153<br>Attn: Patrick J. O'Toole, Jr., Robert M. Swenson, Angelo G. Labate<br>patrick.otoole@weil.com<br>robert.swenson@weil.com<br>angelo.labate@weil.com |
| ADVENT INTERNATIONAL CORPORATION | ADVENT INTERNATIONAL CORPORATION<br>c/o Weil, Gotshal & Manges LLP<br>767 Fifth Ave, 32 Floor<br>New York, New York 10153<br>Attn: Patrick J. O'Toole, Jr., Robert M. Swenson, Angelo G. Labate<br>patrick.otoole@weil.com<br>robert.swenson@weil.com<br>angelo.labate@weil.com |
| JOHN DOES 1-50 and 53-75 | N/A |

4.  All entities against whom provisional relief is being sought under section 1519 of title 11 of the United States Code:  None.

5.  All entities whose securities are publicly traded in which the Debtor directly or indirectly owns 10% or more of any class of the corporation's equity interests, and any general or limited partnership or joint venture in which the Debtor owns an interest: None.

Dated: New York, New York
September 18, 2020

ALLEGAERT BERGER & VOGEL LLP

By:   /s/ Lawrence P. Gottesman
Lawrence P. Gottesman (lgottesman@abv.com)
David A. Berger (dberger@abv.com)
Richard L. Crisona (rcrisona@abv.com)
David A. Shaiman (dshaiman@abv.com)
Alexander E. Ehrlich (aehrlich@abv.com)

111 Broadway, 20th Floor
New York, New York 10006
T:  (212) 571-0550
F:  (212) 571-0555

*Counsel to the Foreign Representatives*