Adjourned Hearing Date: January 4, 2022 at 10:00 a.m. (ET)

| | |
|---|---|
| TOGUT, SEGAL & SEGAL LLP<br>One Penn Plaza, Suite 3335<br>New York, New York 10119<br>Telephone: (212) 594-5000<br>Fax:  (212) 967-4258<br>Kyle J. Ortiz<br>Brian F. Shaughnessy<br>Eitan E. Blander<br><br>*Co-Counsel to the New York Plaintiffs* | SINGLER PROFESSIONAL LAW CORPORATION<br>103 Johnson Street<br>P.O. Box 2298<br>Windsor, California. 95492<br>(707) 823-8719<br>Peter A. Singler (*pro hac vice*)<br><br>*Co-Counsel to the New York Plaintiffs* |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>CULLIGAN LTD.,[1]<br><br>Debtor in Foreign Proceedings. | Chapter 15<br><br>Case No.:  20-12192 (JLG)<br><br>**Related Docket Nos. 65, 69, 73** |

**NOTICE OF ADJOURNMENT OF HEARING**
**PREVIOUSLY SCHEDULED FOR DECEMBER 9, 2021 AT 10:00 A.M.**
**TO CONSIDER NEW YORK PLAINTIFFS' APPLICATION FOR AN ORDER**
**LIFTING THE AUTOMATIC STAY AND DIRECTING THE FOREIGN**
**REPRESENTATIVES TO ABANDON THE NEW YORK ACTION**

**PLEASE TAKE NOTICE** that on September 24, 2021, the New York Plaintiffs[2] by and through their undersigned counsel Togut, Segal & Segal LLP, filed the

---

[1] Culligan Ltd is a Bermuda exempted company registered with the Registrar of Companies in Bermuda under registration number 35591. The Debtor's registered office is located at c/o KPMG Advisory Limited, Crown House, 4 Par-la-Ville Road, Hamilton, Bermuda.

[2] The New York Plaintiffs are: Culligan Soft Water Company; Cecil R. Hall; C&D Of Rochester, LLC; Driessen Water, Inc.; Michael A. Bannister; T&B Enterprises, Inc.; California Water & Filter, Inc.; Shar Sher I, Inc.; Water Quality Improvement, Inc.; Culligan Southwest, Inc.; Carey Water Conditioning, Inc.; Michael Carey; Eric B. Clarke; Culligan Water Conditioning (Barrie) Ltd.; Arthur H. Cooksey, Jr.; Corbett's Water Conditioning, Inc.; Glen Craven; Culligan Water Conditioning Horicon, LLP; Henry T. Wood; Mayer Soft Water Co., Inc.; Timothy Fatheree And Sue Fatheree; Clean Water, Inc.; Catherine Gilby; Canatxx, Inc.; Quality Water Enterprises, Inc.; Robert R. Heffernan; Charles F. Hurst; Karger Enterprises, Inc.; Keppler Water Treatment, Inc.; Robert Kitzman And Tracy Kitzman; Ladwig Enterprises, Inc.; Richard Lambert And Marianne Conrad; Low Country Water Conditioning, Inc.; Gina Larson; Michael G. Macaulay; Vetter's, Inc.; Robert W. Mccollum And Barbara N. Mccollum; Richard C. Meier; Donald E. Meredith; Cleanwater Corporation Of America; John Mollman And Janette Mollman; The Good Water Company Ltd.; E&H Parks, Inc.; Maumee Valley Bottlers, Inc.; Schry Water Conditioning, Inc.; Schry Water Treatment, Inc.; Winslow Stenseng; Stewart Water Conditioning, Ltd.; Bret P. Tangley; B.A.R. Water Corporation; Trilli Holdings, Inc.; Bruce Van Camp; Walter C. Voigt And Charlotte P. Voigt; Marin H2o, Inc.; Allan C. Windover; Everett Windover; Culligan Soft Water Service (Que) Inc.; G.R. Mccoy; Richard N. Wendt; Richard Sample And Marie Sample; The Water Meister, Inc.; Alex Connelly; Go Water, Inc.; Van D. Waugh; Melissa Grill; Petro's Water Conditioning Of Johnson County, Inc.; Water Treatment Services Of Shelbyville, Inc.; Countryside Management, Inc.; Gulf Coast Water Conditioning, Inc.; Adrian Water Conditioning, Inc.; Canney's Water Treatment, Inc.

*New York Plaintiffs' Application for an Order Lifting the Automatic Stay and Directing the Foreign Representatives to Abandon the New York Action* [Docket No. 65] (the "Motion") in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

   **PLEASE TAKE FURTHER NOTICE** that an objection to the Motion was filed on October 13, 2021 [Docket No. 69].

   **PLEASE TAKE FURTHER NOTICE** that the hearing on the Motion previously scheduled to be heard before the Bankruptcy Court on December 9, 2021 at 10:00 a.m. (ET) has been adjourned to **January 4, 2022 at 10:00 a.m. (ET)** (the "Adjourned Hearing").

   **PLEASE TAKE FURTHER NOTICE** that the Adjourned Hearing will be held before the Honorable Judge James L. Garrity, Jr., United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, NY 10004.  In light of the COVID-19 pandemic, the Adjourned Hearing will only be conducted telephonically.  Parties wishing to participate in the Adjourned Hearing must make arrangements through Court Solutions LLC at www.court-solutions.com.  Instructions to register for Court Solutions LLC are attached to Gen. Ord. M-543.

   **PLEASE TAKE FURTHER NOTICE** that Gen. Ord. M-543, along with other temporary procedures implemented by the Bankruptcy Court in connection with the COVID-19 pandemic (including electronic filing procedures for *pro se* parties) can be found by visiting www.nysb.uscourts.gov (the "Bankruptcy Court's Website) and clicking on the "Coronavirus COVID-19 Protocol" banner.

   **PLEASE TAKE FURTHER NOTICE** that copies of the above-referenced Motion can be viewed and/or obtained by (i) accessing the Bankruptcy Court's Website for a fee or (ii) contacting the Office of the Clerk of the United States Bankruptcy Court,

Southern District of New York. Please note that a PACER password is required to access documents on the Bankruptcy Court's Website.

<table>
<tr><td>Dated: New York, New York<br>November 22, 2021</td><td>NEW YORK PLAINTIFFS,<br>By their Co-Counsel,<br>TOGUT, SEGAL & SEGAL LLP<br>By:<br><br>/s/ Brian F. Shaughnessy<br>Kyle J. Ortiz<br>Brian F. Shaughnessy<br>Eitan E. Blander<br>One Penn Plaza, Suite 3335<br>New York, New York 10119<br>Telephone: (212) 594-5000<br><br>-and-<br><br>SINGLER PROFESSIONAL LAW CORPORATION<br>Co-Counsel to the New York Plaintiffs<br>By:<br><br>Peter A. Singler (*pro hac vice*)<br>103 Johnson Street<br>P.O. Box 2298<br>Windsor, California 95492<br>Telephone: (707) 823-8719</td></tr>
</table>