SINGLER
professional law corporation
Northern California · Austin

*** See Memorandum Endorsement Order on Next Page ***

***via ECF***

February 20, 2026

Honorable James L. Garrity
Judge of the United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004

Re: In re Culligan Ltd., (No. 20-12192 – JLG)

Judge Garrity:

As requested by the Court, I respectfully submit this status update on behalf of the New York Plaintiffs in advance of the Status Conference scheduled for 25 February 2026.

The parties, through their respective Bermuda counsel, are working towards an agreed schedule for further briefings and hearings. However, there is nothing substantive and no definitive schedule at this point. It is likely that nothing will occur until late April, at the earliest.

In light of that, I respectfully suggest that the Court continue the current Status Conference until after May 1, 2026.

Respectfully submitted,

Peter A. Singler

472/13/0105.2

103 Johnson Street
P.O. Box 2298
Windsor, CA 95492

WWW.SINGLER-LAW.COM

(707) 823-8719
FAX (707) 823-8737

*****Memorandum Endorsed Order*****

The request to continue the Status Conference is granted. The next Status Conference shall be held on May 5, 2026 at 11:00 a.m. A status letter shall be served and filed (with two single-sided copies delivered to Chambers) on or before April 28, 2026 at noon.

Dated: March 4, 2026
New York, New York

/s/ James L. Garrity, Jr.

Honorable James L. Garrity, Jr.
United States Bankruptcy Judge