

professional law corporation

Northern California · Austin

*via ECF*

April 10, 2026

Honorable James L. Garrity
Judge of the United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York  10004

Re:     In re Culligan Ltd., (No. 20-12192 – JLG)

Judge Garrity:

As requested by the Court, I respectfully submit this status update on behalf of the New York Plaintiffs in advance of the Status Conference scheduled for 5 May 2026.

Nothing substantive has occurred.  The NY Plaintiffs submitted all documents and evidence on January 15, 2026.  The Joint Liquidators provided some non-specific objections to these submissions, and the NY Plaintiffs revised certain aspects of their retained expert's affidavit to specifically address Bermuda procedural requirements for expert testimony.  The NY Plaintiffs did not believe the original affidavit was non-complaint, but revised to hopefully avoid needless objections and argument over these procedural matters.

The Joint Liquidators were originally required to submit responsive materials by April 9, 2026.  They requested a two-week extension of this deadline, which also moves the Court's hearing date, which is now requested for the first available date after May 7, 2026.

In light of the above, I respectfully suggest that the Court continue the current Status Conference until after June 1, 2026.

Respectfully submitted,

Peter A. Singler

472/13/0105.1