**Objection Deadline: September 4, 2026 at 5:00 p.m. (prevailing U.S. Eastern Time)**
**Hearing Date and Time: September 18, 2026 at 10:00 a.m. (prevailing U.S. Eastern Time)**

ALLEGAERT BERGER & VOGEL LLP
111 Broadway, 20th Floor
New York, New York 10006
Telephone: (212) 571-0550
Facsimile: (212) 571-0555
David A. Berger
David A. Shaiman
Alexander E. Ehrlich

*Counsel to the Foreign Representatives*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re**<br><br>**CULLIGAN LTD.,**[1]<br><br>**Debtor in Foreign Proceedings.** | **Case No. 20-12192 (LGB)**<br><br>**Chapter 15** |

**NOTICE OF THE FOREIGN REPRESENTATIVES' MOTION FOR ENTRY OF AN ORDER (I) RECOGNIZING AND ENFORCING THE BERMUDA COURT'S SANCTION ORDER APPROVING THE SETTLEMENT AGREEMENT; (II) PERMANENTLY ENJOINING ACTIONS IN CONTRAVENTION OF THE SANCTION ORDER; (III) GRANTING LIMITED RELIEF FROM THE AUTOMATIC STAY TO DISMISS THE NEW YORK ACTION; AND (IV) GRANTING RELATED RELIEF**

**PLEASE TAKE NOTICE** that Michael Morrison and Charles Thresh, in their capacities as the joint liquidators and duly authorized foreign representatives (the "**Foreign Representatives**") of Culligan Ltd., through their undersigned counsel, Allegaert Berger & Vogel LLP, move (the "**Motion**")[2] before The Honorable Lisa G. Beckerman, United States

---

[1] Culligan Ltd. ("Culligan" or the "Debtor") is a Bermuda exempted company registered with the Registrar of Companies in Bermuda under registration number 35591. Culligan's registered office is located at c/o Teneo (Bermuda) Limited, 19 Par-la-Ville Road, 3rd Floor, Hamilton, HM 11, Bermuda.

[2] Capitalized terms used but not defined herein have the meanings ascribed to them in the proposed Order, the Foreign Representatives' memorandum of law in support of the Motion, or the Declaration of Michael W. Morrison

Bankruptcy Judge, pursuant to sections 105(a), 362(d), 1507, 1521, and 1522 of title 11 of the United States Code (the "**Bankruptcy Code**"), for entry of an Order:

1) Recognizing, and enforcing in the United States, the order of the Supreme Court of Bermuda, entered July 18, 2026 (the "**Sanction Order**"), sanctioning the Foreign Representatives' entry into the Settlement Agreement resolving the action styled *Culligan Soft Water Company, et al. v. Clayton Dubilier & Rice, LLC, et al.*, Index No. 651863/2012, pending in the Supreme Court of the State of New York, County of New York (the "**New York Court**", and such action, the "**New York Action**"), and giving the Sanction Order full force and effect in the United States;

2) Permanently enjoining all persons, including the New York Plaintiffs, from taking any action in the United States in contravention of the Sanction Order or the Settlement Agreement;

3) Granting limited relief from the automatic stay, imposed by sections 362(a) and 1520(a)(1) of the Bankruptcy Code, for the sole purpose of permitting the Foreign Representatives to seek dismissal of the New York Action with prejudice;

4) Authorizing the Foreign Representatives to take all other actions necessary or appropriate to implement the Settlement Agreement and the Sanction Order in the United States; and

5) Granting such other and further relief as this Court may deem just and proper.

---

in support of the Motion, each filed contemporaneously herewith, or, if not defined therein, in the Court's July 2, 2021 Memorandum Decision and Order on the motion for recognition, as corrected (ECF No. 60-1), and the Court's September 12, 2023 Memorandum Decision and Order denying the New York Plaintiffs' motion for stay relief and abandonment (ECF No. 83).

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will be held before The Honorable Lisa G. Beckerman, United States Bankruptcy Judge, on September 18, 2026 at 10:00 a.m. (prevailing U.S. Eastern Time), in Courtroom 623 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004, or at such other time and place as the Court may direct.

**PLEASE TAKE FURTHER NOTICE** that any objection to the Motion (the "**Objection**") must be made in writing, conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Southern District of New York, and the General Orders of the Court, set forth the basis for the Objection and the specific grounds therefor, be filed with the Court electronically in accordance with General Order M-399 (available at the Court's website, www.nysb.uscourts.gov), and be served upon undersigned counsel to the Foreign Representatives so as to be actually received no later than September 4, 2026 at 5:00 p.m. (prevailing U.S. Eastern Time).

**PLEASE TAKE FURTHER NOTICE** that, if no Objection to the Motion is timely filed and served in accordance with the procedures set forth herein, the Court may enter the proposed Order granting the relief requested in the Motion without further notice or a hearing.

**PLEASE TAKE FURTHER NOTICE** that the Foreign Representatives may file a reply to any Objection no later than September 11, 2026 at 5:00 p.m. (prevailing U.S. Eastern Time), and reserve the right to respond to any Objection at the hearing on the Motion.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted herewith. Copies of the Motion, the memorandum of law and declaration filed in support thereof, and the proposed Order may be obtained from the Court's electronic case filing system

at www.nysb.uscourts.gov or, upon request, from undersigned counsel to the Foreign Representatives.

Dated: New York, New York
August 12, 2026

ALLEGAERT BERGER & VOGEL LLP

By: /s/ David A. Berger

David A. Berger (dberger@abv.com)
David A. Shaiman (dshaiman@abv.com)
Alexander E. Ehrlich (aehrlich@abv.com)

111 Broadway, 20th Floor
New York, New York 10006
T: (212) 571-0550
F: (212) 571-0555

*Counsel to the Foreign Representatives*